ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

FILED

JUN - 4 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In Re: ) Chapter 13
)
CLIFFORD H MILLER ) Case No. 04-54650 ASW
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2469547 for an unclaimed dividend in the amount of $16.09. The name and address of the claimant entitled to the unclaimed dividend is as follows;

> CLIFFORD H MILLER
> 5835 SILVER LEAF RD
> SAN JOSE, CA 95138

Dated: June 03, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE